IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

KEVIN MARQUETTE BELLINGER,

        Petitioner,

v.                           Civ. Action No. 1:25-CV-116
                              Crim. Action No. 1:12-CR-100
                                      (Kleeh)

UNITED STATES OF AMERICA,

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 837]

On November 25, 2025, the pro se Petitioner, Kevin Marquette Bellinger ("Petitioner"), filed *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (the "Motion"). [ECF No. 831].[1] On December 29, 2025, Petitioner refiled the Motion on the court-approved form. [ECR No. 836]. Petitioner subsequently filed a *Motion to Withdraw* on March 2, 2026, stating that his prior motion was filed with the incorrect court. [ECF No. 839].

### I. REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636 and the local rules, the Court referred the action to United States Magistrate Judge Michael J. Aloi for initial review. On February 12, 2026, the Magistrate Judge

---

[1] Unless otherwise noted, all docket numbers refer to Criminal Action No. 1:12-CR-100.

filed a Report and Recommendation ("R&R") [ECF No. 837], recommending that the Motion be denied and dismissed. Id.

The R&R also informed the parties regarding their right to file specific written objections to the magistrate judge's report and recommendation. Under Local Rule 12 of the Local Rules of Prisoner Litigation Procedure of the Northern District of West Virginia, "[a]ny party may object to a magistrate judge's recommended disposition by filing and serving written objections within fourteen (14) calendar days after being served with a copy of the magistrate judge's recommended disposition." LR PL P 12. Therefore, parties had fourteen (14) calendar days from the date of service of the R&R to file "specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection." The R&R further warned them that the "[f]ailure to file written objections . . . shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." The docket reflects that Petitioner accepted service of the R&R on February 19, 2026. ECF No. 838. Petitioner filed no objections.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's

2

**Kevin Marquette Bellinger**                                        **1:12-CR-100**

recommendations" to which there are no objections. <u>Dellarcirprete</u> <u>v. Gutierrez</u>, 479 F. Supp. 2d 600, 603-04 (N.D.W. Va. 2007) (citing <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. <u>See</u> <u>Diamond v. Colonial</u> <u>Life & Accident Ins. Co.</u>, 416 F.3d 310, 315 (4th Cir. 2005).

## II.   DECISION

After receiving no objections, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 837]. The *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* [ECF No. 831]is **DENIED.** Petitioner's Motion to Withdraw [ECF No. 839] is **DENIED AS MOOT,** as this case was reassigned to this Court from the Honorable Judge Irene M. Keeley on April 5, 2024, making this the proper court of decision.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record via electronic means and to the <u>pro</u> <u>se</u> Petitioner via certified mail, return receipt requested.

**DATED:** June 4, 2026

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA